# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANK NELLOM, | : | |
|     Plaintiff, | : | |
| | : | |
|     v. | : | Case No. 2:24-cv-2974-JDW |
| | : | |
| LAWRENCE KRASNER, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 7th day of November, 2024, upon consideration of Plaintiff Frank Nellom's Motion to Proceed *In Forma Pauperis* (ECF No. 10), it is **ORDERED** that the Motion is **GRANTED** for the reasons stated in the accompanying Memorandum.

It is **FURTHER ORDERED** that the Complaint (ECF No. 8) is **DEEMED** filed and that, upon statutory screening, all federal law claims in the Complaint are **DISMISSED WITH PREJUDICE** and all state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

The Clerk Of Court shall mark this case closed.

BY THE COURT:

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**